## 53363. PILGRIM REALTY COMPANY v. GRAMLING.

BELL, Chief Judge.
In this suit for damages which arose out of a rental contract for storage space in defendant's facility, plaintiff's motion for summary judgment as to liability was granted. An examination of the pleadings and the evidence in the record shows that there are material questions of fact for resolution by a jury.

*Judgment reversed. McMurray and Smith, JJ., concur.*

ARGUED JANUARY 19, 1977 — DECIDED JANUARY 26, 1977.

*Jones, Bird & Howell, Michael D. Sabbath, Arthur Howell, III,* for appellant.
*Trauner, King & Cohen, Kevin S. King,* for appellee.